USDC SCAN INDEX SHEET










MEG    6/24/99    14:24

3:99-CV-01315    ABEL AXE LLC V. BOUNCING BALL

*2*

*SM.*

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

ABEL AXE, LLC, a Wyoming limited
liability company

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

BOUNCING BALL, a Maine corporation,
STRINGERS, INC., a Florida corporation,
BUNJEEZ, INC., a Florida corporation,
and DAVID JONES, an individual

'99 CV 1315 TW

**TO:** (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERTA W__                           6/23/99

CLERK                                 DATE

R. CAM____

(BY) DEPUTY CLERK

COPY